TO:  TROY C. BENNETT, CLERK                          JUNE 11, 2015
     COURT OF CRIMINAL APPEALS
     Supreme Ct. Bldg,, 201 W. 14th St.
     P.O. Box 12308 Captial Stat.
     Austin, Texas 78711-2308

FM:  OSCAR DAVILA #1819944
     McConnell Unit
     3001 South Emily Drive
     Beeville, Texas

RE: CAUSE #1322703; PETITION FOR DISCRETIONARY REVIEW #1322703.
    from the 263 DISTRICT COURT OF HARRIS COUNTY, TEXAS;

Dear Honorable Clerk,

     I am writing in request to receive the status on the above-
mentioned Cause No. and the PDR.  I am asking to see if it has
been received from my Attorney Ms. Sarah V. Wood, Assistant
Public Defender, Harris County, Texas, State Bar #24048898,
at 1201 Franklin 13th Floor, Houston, Texas 77002.

     I was told that this was sent to this Honorable Court and
have been waiting to see if there was going to be a response
to the P.D.R..   I thank you for your time and consideration
in this very important matter and look forward to your speedy
response.

I REMAIN:                          RESPECTFULLY,

                                   _____
                                   OSCAR DAVILA #1819944
                                   McConnell Unit
                                   3001 South Emily Drive
                                   Beeville, Texas 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

cc:  TB/Clerk
     personal copy